United States Bankruptcy Court
Central District of California

In re:  
Steven C. Woods  
    Debtor

Case No. 16-12229-SY  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 1      Date Rcvd: Jun 20, 2016  
                              Form ID: 318      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2016.
```
db           +Steven C. Woods,    P.O. Box 2581,    Chino Hills, CA 91709-0087
36950962     +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
               Saint Louis, MO 63179-0040
36950968     +Title Max of California,    1570 W. Foothill Blvd,    Upland, CA 91786-3699
36950969     +Us Bank,    200 Gibraltar Rd Ste 315,    Horsham, PA 19044-2325
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              EDI: EDD.COM Jun 21 2016 02:13:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Jun 21 2016 02:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
36950961     +EDI: CAPITALONE.COM Jun 21 2016 02:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
36950963     +EDI: DISCOVER.COM Jun 21 2016 02:13:00      Discover Financial,    Attn: Bankruptcy,
               Po Box 3025,    New Albany, OH 43054-3025
36950964     +E-mail/Text: dplbk@discover.com Jun 21 2016 02:12:25      Discover Personal Loan,
               Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
36950966     +EDI: NFCU.COM Jun 21 2016 02:13:00      Navy Fcu,    Attention: Bankruptcy,    Po Box 3000,
               Merrifield, VA 22119-3000
36950967     +EDI: RMSC.COM Jun 21 2016 02:13:00      Synchrony Bank/Chevron,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
36950970     +EDI: USAA.COM Jun 21 2016 02:13:00      Usaa Savings Bank,    10750 Mcdermott,
               San Antonio, TX 78288-1600
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36950965         Loancare Servicing Ctr
                                                                                              TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2016 at the address(es) listed below:
```
              James D. Hornbuckle    on behalf of Debtor Steven C. Woods jdh@cornerstonelawcorp.com
              John P Pringle (TR)    brenfro@rpmlaw.com,    jpp@trustesolutions.net
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven C. Woods** | Social Security number or ITIN  **xxx–xx–3701** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:16–bk–12229–SY**

## Order of Discharge – Chapter 7              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven C. Woods

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/20/16

**Dated:** 6/20/16

**By the court:**   Scott H. Yun
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**10/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc       **Order of Chapter 7 Discharge**       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**